UNITED STATES DISTRICT COURT

COMMONWEALTH    03SUCR10321

v.

MICHAEL GRINKLEY

MOTION TO PROCEED PRO SE
FORMA PAUPERUS
28USCA1651 - 28USCA2254D(1)(a)

NOW COMES THE DEFENDANT IN THE ABOVE ENTITLED MATTER, TO PETITION THE COURT FOR LEAVE TO PROCEED PROSE, WITHOUT AID OF COUNSEL. IN ADDITION PETITIONER AVERS THAT HE IS WITHOUT FUNDS, AND THEREFORE REQUESTS THAT THE HONORABLE COURT EXEMPT HIM FROM PREPAYMENT OF FEES. PETITIONER ASKS THAT ALL FEES BE WAIVED. PETITIONER FURTHER AVERS AND SWEARS UNDER PENALTY OF LAW ALL STATMENTS ARE TRUTH.

RESPECTFULLY SUBMITTED

*[signature]* 7-17-05
200 NASHUA STREET
BOSTON MASS 02114

UNITED STATES DISTRICT COURT
COMMWEALTH            03 SUCR10321
v.
MICHAEL GRINKLEY

### STATEMENT OF INDIGENCY

I MICHAEL GRINKLEY DO SWEAR UNDER PAINS AND PENALTY OF LAW THAT I AM INDIGENT, HAVE NO MONEY IN BANKS INCLUDING CHECKING OR SAVINGS ACCOUNTS. THAT I HAVE NO INHERITANCE PROPERTY JEWELRY OR OTHER THINGS OF MONETARY VALUE WITHIN THE LAST SIX MONTHS.

RESPECTFULLY SUBMITTED
[signature] 7·17·05
200 NASHUA STREET
BOSTON. MASS 02114