UNITED STATES DISTRICT COURT

COMMONWEALTH   03SUCR10361

v.

MICHAEL BRINKLEY

## AFFIDAVIT

HABEAS CORPUS REQUEST IS MADE TO BRING TO THE ATTENTION OF THE HONORABLE COURT, THE DENIAL OF A FULL AND FAIR HEARING, IN REGARDS TO MASS. R. CRIM. P. RULE 36 SPEEDY TRIAL AND OTHER MOTIONS FILED. DEFENDANT HAS BEEN DENIED ACCESS TO THE TRIAL COURT AND DUE PROCESS. DEFENDANT HAS ALSO NOT BEEN ALLOWED FULL MEANINGFUL UNHINDERED PARTICIPATION IN THE PREPARATION OF MY OWN DEFENSE.

RESPECTFULLY SUBMITTED
[signature] 7-17-05
200 NASHUA STREET
BOSTON MASS 02114