UNITED STATES DISTRICT COURT

COMMONWEALTH                #05 SUCR 10321

v.                          28 USCA 2254 D(1)(2)

MICHAEL BRINKLEY            28 USCA 1651

MEMORANDUM

BEHRENS v. HIRONIMUS 166 F2D 245
HABEOUS CORPUS 741 197K41
FORMERLY 197K92(1)

Congress has liberalized and expanded the concept of Habeas Corpus in interest of protecting individual liberties, that Federal Courts must now examine all facts concerning a person in detention and thereby insure that Justice has been done 28 USCA 455 467 CRIMINAL LAW 641.1 110K641(1) FORMERLY 110K641(1)

Exhaustion requirement in Habeas Corpus cases is not Jurisdictional and would be excused where petition warranted sua sponte dismissal because it is facially without merit and to withhold so ordering for lack of exhaustion would be idle formality

POWELL v. CESKERIE C.A.S (FLA) 1980 626 F2D 437
Habeas Petitioners failure to develop claim in State Court proceeding will be excused and Hearing mandated if he can show/play

To the Office of the Clerk,   July 20, 05

Why have you been ignoring my correspondence of several months ago? I'm tired of having to write/grovel to you to eventually r'cve 1 or 2 digit checks. The crime in itself was bad enough but what I've endured via the Clerks office for years on end is worse & a mockery to the victims at best. Considering the assets that were seized, you'd think at some point, a 3 digit check would be disbursed. It's taken nearly 5 years to r'cve half of the $1,850 awarded to me re Judge Ponsor's mandate for restitution. I am still due over $800+. The criminals in the A.I.R.D. case were sentenced to 5 years prison time + ordered restitution. What happens to them when they are released or have they already been released? Then what can the victims expect... nothing in the way of restitution — no oversight? Where's my damned money before those scoundrels concoct new ways to take people?

Enid Hawkins
new address: Box 746
Concrete, Wash. 98237