UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BRINKLEY, PETITIONER    C.A. No. 05-11589-NG
v.
ANDREA J. CABRAL, SHERIFF RESPONDENT

AFFIDAVIT

I MICHAEL BRINKLEY DEFENDANT PRO SE, PETITIONER IN THE ABOVE ENTITLED MATTER DO AVER AND STATE THE FOLLOWING. DEFENDANT HAS DENIED ACCESS TO COURT FOR THE FOLLOWING REASONS. MOTIONS FILED BY DEFENDANT HAVE BEEN IGNORED AND NOT PLACED ON THE DOCKET. PLEASE NOTE THE FORWARDED EXHIBIT i.e. RULE 36 MOTION FOR SPEEDY TRIAL DATED APRIL 30, 2004 THIS MOTION WAS NOT ADJUDICATED OR ACTED UPON IN ANY FASHION. DEFENDANT REFILED A MOTION FOR RULE 36 ON MAY 20, 2005. THIS MOTION, PAPER No. 36 ON CASE SUMMARY DOCKET WAS OPPOSED BY PROSECUTION THEN DECLARED INVALID. DEFENDANT HAS REFILED A THIRD RULE 36 MOTION AND AWAITS A FAIR AND FULL HEARING ON THIS MATTER.
ON MAY 5, 2005 JUDGE LOCKE TOOK THE MOTION UNDER ADVISEMENT WITHOUT A HEARING.