UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL GRINKLEY, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-11529-NG |
| ANDREA CABRAL, | ) | |
| Respondent. | ) | |

### RESPONDENT'S MEMORANDUM OF LAW
### IN SUPPORT OF THE MOTION TO DISMISS

This memorandum of law is submitted in support of the respondent's Motion to Dismiss the habeas corpus petition filed by Michael Grinkley (the "petitioner"). As argued in this memorandum, the petition should be dismissed where the petitioner has failed to exhaust his available state court remedies. *See Rose v. Lundy*, 455 U.S. 509, 518-519 (1982).[1]

### PRIOR PROCEEDINGS

On March 31, 2003, a Suffolk County grand jury indicted the petitioner for seven counts of indecent assault and battery on a child under fourteen and four counts of statutory rape (A. 4, 13).[2] Thereafter, the petitioner filed several motions for new counsel or to proceed pro se with standby counsel on October 23, 2003, March 11, 2004, May 20, 2005, and August 24, 2005, and the case was continued several times by agreement (A. 5-9). The petitioner filed pro se motions to dismiss

---

[1] In the event that this Court declines to dismiss the petition on the grounds set forth in this memorandum, the respondent reserves the right, and requests the opportunity, to address the merits of the claim in this petition.

[2] The state court docket, attached to this memo, will be referred to as (A. --).

for speedy trial violations on July 15, 2005 and September 15, 2005 (A. 9, 10). The latter motion was denied, following a hearing, on October 13, 2005 (A. 10). On October 28, 2005, the petitioner waived Rule 36 and requested that the case be re-scheduled to November 28, 2005 for trial (A. 11). On December 1, 2005, the petitioner filed another motion to dismiss based on speedy trial grounds and the Commonwealth moved for trial (A. 12). Jury impanelment occurred on December 1, and the court ordered the case continued to December 5, 2005 for a hearing on the petitioner's motion to suppress and December 6, 2005 for the resumption of trial (A. 13).

The petitioner filed this petition for habeas corpus on July 25, 2005.

## ARGUMENT

**THE HABEAS CORPUS PETITION SHOULD BE DISMISSED WHERE THE PETITIONER FAILED TO EXHAUST AVAILABLE STATE COURT REMEDIES.**

It is well-established that "a federal court should not consider questions posed in a habeas petition until the 'power of the highest state court in respect to such questions' has been exhausted." *Mele v. Fitchburg District Court*, 850 F.2d 817, 819 (1st Cir. 1988), *quoting United States ex rel. Kennedy v. Tyler*, 269 U.S. 13, 17 (1925). *See Rose v. Lundy*, 455 U.S. 509, 518-19 (1982); *Adelson v. DiPaola*, 131 F.3d 259, 261-262 (1st Cir. 1997); *Dougan v. Ponte*, 727 F.2d 199, 202 (1st Cir. 1984); 28 U.S.C. §2254(b)(1)(A). The Supreme Court enunciated that "state prisoners must give the state courts one full opportunity to resolve any constitutional issue by invoking one complete round of the State's established appellate review process." *O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999). The exhaustion principle, in addition to ensuring that state courts have the first opportunity to correct their own constitutional errors made in their proceedings, enables federal courts to accord appropriate respect to the sovereignty of the states and promotes comity by

"minimiz[ing] friction between our federal and state systems of justice." *Rose*, 455 U.S. at 518. *See Duncan v. Henry*, 513 U.S. 364, 365-366 (1995); *Duckworth v. Serrano*, 454 U.S. 1, 3 (1984); *Scarpa v. DuBois*, 38 F.3d 1, 6 (1st Cir. 1994), *cert. denied,* 513 U.S. 1129 (1995); *Mele*, 850 F.2d at 819. *See also Ex parte Royall*, 117 U.S. 241, 251 (1886)(state and federal courts are "equally bound to guard and protect rights secured by the Constitution"). "It would be unseemly in our dual system of government for a federal district court to upset a state court conviction without an opportunity to state courts to correct a constitutional violation." *Picard v. Connor*, 404 U.S. 270, 275 (1971), quoting *Darr v. Burford*, 339 U.S. 200, 204 (1950).

In this case, the petitioner has not yet been convicted but appears to claim that his speedy trial rights were violated. While a speedy trial violation could form the basis for a federal habeas claim under 28 U.S.C. § 2241, federal courts require that claims in petitions under Section 2241, like those in petitions under Section 2254, be exhausted in the state's highest court. *See Moore v. DeYoung*, 515 F.2d 437, 442 (3rd Cir. 1975); *Hirsch v. Smitley*, 66 F.Supp.2d 985, 986 (E.D.Wis. 1999). In the instant case, the petitioner has not exhausted his speedy trial claims. *See generally, Petition; see also Rose v. Lundy,* 455 U.S. at 518-19*; Scarpa v. DuBois,* 38 F.3d at 6. While he did bring a motion to dismiss based on this ground in the state Superior Court, he did not pursue this claim on appeal. *Mele v. Fitchburg Dist. Ct.*, 850 F.2d at 819-20 ( in Massachusetts, a claim is not exhausted unless it is presented to the Massachusetts Supreme Judicial Court).[3] It is the petitioner's heavy burden to demonstrate that any federal errors in the state court proceedings were fairly presented to the state's highest court. *Nadworny v. Fair*, 872 F.2d 1093, 1098 (1st Cir. 1989). Because the petitioner has not "fairly presented the substance of his federal habeas claim to the state court before seeking federal review," *Gagne v. Fair*, 835 F.2d 6, 7 (1st Cir. 1987), his petition

---

[3] Moreover, since the petitioner's trial has now started, his speedy trial claim is moot.

should be dismissed.

## CONCLUSION

For the reasons set forth above, the respondent moves this Court to dismiss the habeas corpus petition.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

December 13, 2005
/s/ Susanne G. Reardon
Susanne G. Reardon, BBO No. 561669
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon Michael Grinkley, pro se, 200 Nashua Street, Boston, MA 02114, by first class mail, postage pre-paid, on December 13, 2005.

/s/ Susanne G. Reardon
Susanne G. Reardon
Assistant Attorney General

# Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
### Case Summary
### Criminal Docket

## Commonwealth v Grinkley, Michael

Details for Docket: SUCR2003-10321

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCR2003-10321 | **Caption:** | Commonwealth v Grinkley, Michael |
| **Entry Date:** | 03/31/2003 | **Case Status:** | Criminal 8 Ctrm 914 |
| **Status Date:** | 10/13/2005 | **Session:** | Active |
| **Lead Case:** | NA | **Deadline Status:** | Deadline act |
| **Trial Deadline:** | 04/03/2003 | **Jury Trial:** | NO |

## Parties Involved

2 Parties Involved in Docket: SUCR2003-10321

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Grinkley | **First Name:** | Michael |
| **Address:** | 137 Geneva Avenue | **Address:** | |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02121 | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Commonwealth | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

4 Attorneys Involved for Docket: SUCR2003-10321

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | PANS01 |
| **Last Name:** | Giblin III | **First Name:** | Thomas J |
| **Address:** | 2001 Beacon Street | **Address:** | Suite 200 |
| **City:** | Brighton | **State:** | MA |

| | | | |
|---|---|---|---|
| **Zip Code:** | 02135 | **Zip Ext:** | |
| **Telephone:** | 617-277-1741 | **Tel Ext:** | |
| **Fascimile:** | 617-277-0052 | **Representing:** | Grinkley, Michael (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Sullivan | **First Name:** | E Michael |
| **Address:** | 200 State Street | **Address:** | 12th floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02109 | **Zip Ext:** | |
| **Telephone:** | 617-478-2067 | **Tel Ext:** | |
| **Fascimile:** | 617-478-2054 | **Representing:** | Grinkley, Michael (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | |
| **Last Name:** | Rolley | **First Name:** | Karen E |
| **Address:** | Board of Registration in Medicin | **Address:** | 560 Harrison Avenue Suite G-4 |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02118 | **Zip Ext:** | |
| **Telephone:** | 617-654-9800 | **Tel Ext:** | |
| **Fascimile:** | | **Representing:** | Commonwealth, (Plaintiff) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | SUFF03 |
| **Last Name:** | Joseph | **First Name:** | Leora C |
| **Address:** | 1 Bulfinch Place | **Address:** | 3rd floor |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02114 | **Zip Ext:** | |
| **Telephone:** | 617-619-4000 | **Tel Ext:** | |
| **Fascimile:** | 617-619-4009 | **Representing:** | Commonwealth, (Plaintiff) |

## Calendar Events

51 Calendar Events for Docket: SUCR2003-10321

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 04/03/2003 | 09:30 | Arraignment | CM | Event held as scheduled |
| 2 | 05/12/2003 | 09:30 | Conference: Pre-Trial | CM | Event not held--joint request |
| 3 | 06/02/2003 | 09:30 | Conference: Pre-Trial | CM | Event held as scheduled |
| 4 | 07/21/2003 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 5 | 09/04/2003 | 09:30 | Hearing: Non-eviden-Discovery | CM | Event held as scheduled |
| 6 | 10/22/2003 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 7 | 12/01/2003 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 8 | 01/28/2004 | 09:30 | Hearing: Non-eviden-Bishop/Fuller | 1 | Event not held--req of Commonwea |

| # | Date | Time | Event | Session | Result |
|---|---|---|---|---|---|
| 9 | 02/18/2004 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 10 | 03/10/2004 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 11 | 04/13/2004 | 14:00 | Hearing: Motion | 1 | Event not held--joint request |
| 12 | 04/20/2004 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 13 | 06/01/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 14 | 06/24/2004 | 09:30 | Conference: Status Review | CM | Event held as scheduled |
| 15 | 07/19/2004 | 09:30 | Conference: Trial Assignment | CM | Event held as scheduled |
| 16 | 08/12/2004 | 09:30 | Conference: Trial Assignment | CM | Event moved to another session |
| 17 | 08/12/2004 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 18 | 11/08/2004 | 09:00 | TRIAL: by jury | 5 | Event moved to another session |
| 19 | 11/08/2004 | 09:30 | Hearing: Misc Matters | 1 | Event held as scheduled |
| 20 | 11/09/2004 | 09:30 | Hearing: Appt Counsel | 1 | Event held as scheduled |
| 21 | 11/30/2004 | 09:30 | Status: Filing deadline | CM | Event held as scheduled |
| 22 | 01/05/2005 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 23 | 02/03/2005 | 09:30 | Hearing: Non-eviden-Bishop/Fuller | 1 | Event not held--joint request |
| 24 | 03/07/2005 | 09:30 | Hearing: Non-eviden-Bishop/Fuller | 1 | Event not held--joint request |
| 25 | 03/21/2005 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 26 | 04/21/2005 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 27 | 05/03/2005 | 09:30 | Conference: Status Review | 1 | Event not held--joint request |
| 28 | 06/02/2005 | 09:30 | Conference: Status Review | 1 | Event held as scheduled |
| 29 | 08/22/2005 | 09:00 | TRIAL: by jury | 4 | Event not reached by Court |
| 30 | 08/22/2005 | 09:30 | TRIAL: by jury | 1 | Event moved to another session |
| 31 | 08/24/2005 | 09:00 | Hearing: Motion | 4 | Event moved to another session |
| 32 | 08/24/2005 | 09:30 | Hearing: Motion | 1 | Event held as scheduled |
| 33 | 09/13/2005 | 14:00 | Conference: Pre-Trial | 5 | Event not reached by Court |
| 34 | 09/15/2005 | 14:00 | Status: Review by Session | 4 | Event held as scheduled |
| 35 | 09/19/2005 | 14:00 | Hearing: Motion | 5 | Event held as scheduled |
| 36 | 10/21/2005 | 09:00 | Hearing: Motion | 8 | Event held as scheduled |
| 37 | 10/28/2005 | 09:00 | Hearing: Motion | 8 | Event held as scheduled |
| 38 | 11/07/2005 | 09:00 | Status: Review by Session | 8 | Event held as scheduled |
| 39 | 11/17/2005 | 09:00 | Status: Review by Session | 8 | Event held as scheduled |
| 40 | 11/22/2005 | 14:00 | Status: Review by Clerk | 8 | Event held as scheduled |
| 41 | 11/28/2005 | 09:00 | TRIAL: by jury | 8 | Event not held--req of Defendant |
| 42 | 11/28/2005 | 14:00 | Status: Review by Session | 8 | Event held as scheduled |
| 43 | 12/01/2005 | 09:00 | TRIAL: by jury | 8 | Trial begins |
| 44 | 12/05/2005 | 09:00 | Hearing: Evidentiary-suppression | 8 | Event held as scheduled |
| 45 | 12/06/2005 | 09:00 | TRIAL: by jury | 8 | Event held as scheduled |
| 46 | 12/07/2005 | 09:00 | TRIAL: by jury | 8 | Event continues over multiple days |
| 47 | 12/08/2005 | 09:00 | TRIAL: by jury | 8 | Event continues over multiple days |
| 48 | 12/12/2005 | 09:00 | TRIAL: by jury | 8 | Event continues over multiple days |
| 49 | 12/13/2005 | 09:00 | TRIAL: by jury | 8 | Event continues over multiple days |
| 50 | 12/14/2005 | 09:00 | TRIAL: by jury | 8 | |
| 51 | 12/22/2005 | 09:00 | Status: Review by Session | 8 | Event canceled not re-scheduled |

## Full Docket Entries

354 Docket Entries for Docket: SUCR2003-10321

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 03/31/2003 | 1 | Indictment returned |
| 03/31/2003 | 2 | Motion by Commonwealth for arrest warrant to issue; filed & allowed. |
| 03/31/2003 | 2 | Ball, J. |
| 03/31/2003 | | Warrant on indictment issued |
| 03/31/2003 | | Warrant was entered onto the Warrant Management System March 31, 2003 |
| 04/02/2003 | | Defendant brought into court. Warrant recalled. |
| 04/02/2003 | | Mittimus without bail issued to Suffolk County Jail (Nashua Street). |
| 04/02/2003 | | Mittimus issued. Wilson, AC/M - C. Bartoloni, ADA - ERD - A. |
| 04/02/2003 | | Stockwell-Alpert, Attorney |
| 04/03/2003 | | Defendant brought into court. |
| 04/03/2003 | | Appearance of Deft's Atty: Thomas J Giblin III |
| 04/03/2003 | | Deft arraigned before Court |
| 04/03/2003 | | Deft waives reading of indictment |
| 04/03/2003 | | RE Offense 1:Plea of not guilty |
| 04/03/2003 | | RE Offense 2:Plea of not guilty |
| 04/03/2003 | | RE Offense 3:Plea of not guilty |
| 04/03/2003 | | RE Offense 4:Plea of not guilty |
| 04/03/2003 | | RE Offense 5:Plea of not guilty |
| 04/03/2003 | | RE Offense 6:Plea of not guilty |
| 04/03/2003 | | RE Offense 7:Plea of not guilty |
| 04/03/2003 | | RE Offense 8:Plea of not guilty |
| 04/03/2003 | | RE Offense 9:Plea of not guilty |
| 04/03/2003 | | RE Offense 10:Plea of not guilty |
| 04/03/2003 | | RE Offense 11:Plea of not guilty |
| 04/03/2003 | 3 | Commonwealth files motion for Court Order to Restrict Discovery of |
| 04/03/2003 | 3 | Videotapes. |
| 04/03/2003 | | Motion (P#3) allowed |
| 04/03/2003 | | Bail set: $150,000.00 Surety or $15,000.00 Cash without prejudice. |
| 04/03/2003 | | Bail warning read. Mittimus issued. Wilson, AC/M - K. Rolley, ADA - |
| 04/03/2003 | | ERD - T. Giblin, Attorney |
| 04/03/2003 | | Warrant canceled on the Warrant Management System April 03, 2003 |
| 05/12/2003 | | Defendant not present. Wilson, AC/M - G. Brooks, ADA - E.R.D. - T. |
| 05/12/2003 | | Giblin, Attorney |
| 06/02/2003 | | Defendant not present. PTC to be filed in Clerk's Office on 6/14/03. |
| 06/02/2003 | 4 | Commonwealth files notice of discovery. Wilson, Mag - K. Rolley, ADA |
| 06/02/2003 | 4 | - ERD |
| 07/21/2003 | | Defendant not present |
| 07/21/2003 | 5 | Pre-trial conference report filed. Ford, Mag- C.Bartoloni for |

| Date | # | Entry |
|---|---|---|
| 07/21/2003 | 5 | K.Rolley, ADA- ERD- T.Giblin, Attorney |
| 09/04/2003 |   | Defendant not present. Wilson, Mag - K. Rolley, ADA - ERD - T. |
| 09/04/2003 |   | Giblin, Attorney |
| 10/21/2003 | 7 | Deft files pro se mtoion for funds to hire private investigator |
| 10/22/2003 |   | Defendant not present |
| 10/22/2003 | 6 | Deft files motion for funds. |
| 10/22/2003 |   | Motion (P#6) allowed (Gary D Wilson, Magistrate) - K. Rolley, ADA - |
| 10/22/2003 |   | ERD - T. Giblin, Attorney |
| 10/23/2003 | 8 | Deft files pro se petitioner to request a status change to stand pro |
| 10/23/2003 | 8 | se with standby counsel to assist in the preparation of this case |
| 11/13/2003 | 9 | Deft files pro se motion for new counsel. with request for copies of |
| 11/13/2003 | 9 | motions filed. |
| 11/24/2003 | 10 | Commonwealth files motion for order to take oral swab and hair sample |
| 11/24/2003 | 10 | of the defendant with affidavit in support of. |
| 12/01/2003 |   | Defendant brought into court. Hearing re: motions. |
| 12/01/2003 |   | Motion (P#10) allowed as endorsed. |
| 12/01/2003 | 11 | Order, filed. Ball, J. - K. Rolley, ADA - A. McDonald, Court |
| 12/01/2003 | 11 | Reporter - T. Giblin, Attorney |
| 01/28/2004 |   | Defendant not present. Lauriat, J. - K. Rolley, ADA - M. McDonald, |
| 01/28/2004 |   | Court Reporter - T. Giblin, Attorney |
| 02/18/2004 |   | Defendant not present. |
| 02/18/2004 | 12 | Deft files Bishop Stage One Bishop and affidavit. Lauriat, J. - K. |
| 02/18/2004 | 12 | Rolley, ADA - M. McDonald, Court Reporter. |
| 03/10/2004 |   | Defendant not in Court |
| 03/10/2004 | 13 | Commonwealth files notice of discovery 3. McEvoy, J. - K. Rolley, ADA |
| 03/10/2004 | 13 | - T. Giblin, Attorney - M. McDonald, Court Reporter |
| 03/11/2004 | 14 | Deft files pro se waiver of counsel.( Attorneys notified with copy) |
| 03/24/2004 | 15 | Deft files prose motion to inspect evidence and reports |
| 03/24/2004 | 16 | Deft files prose motion for a bill of particulars |
| 04/13/2004 |   | Defendant not present. |
| 04/13/2004 |   | Continued until April 20, 2004 for hearing re: Counsel order of the |
| 04/13/2004 |   | court Rouse, J. - M. McDonald, Court Reporter - T. Giblin, Attorney. |
| 04/20/2004 |   | Defendant brought into court. |
| 04/20/2004 | 17 | Deft files Motion to Withdaw. |
| 04/20/2004 |   | Motion (P#17) allowed. |
| 04/20/2004 |   | Appointment of Counsel E Michael Sullivan, pursuant to Rule 53 Stand |
| 04/20/2004 |   | by Counsel. |
| 04/20/2004 |   | Continued until June 01, 2004 for Status re: Discovery by agreement. |
| 04/20/2004 |   | McEvoy, J. - L. Joseph, ADA - A. McDonald, Court Reporter - T. |
| 04/20/2004 |   | Giblin, Attorney. |
| 04/30/2004 | 17 | Deft files pro se motion to compel expedient disclosure of case file |
| 04/30/2004 | 17 | contents in the possession of prior defense counsel, at request to |
| 04/30/2004 | 17 | standby counsel to present his self for initial consultation and |
| 04/30/2004 | 17 | affidavit in support of |

| Date | No. | Entry |
|---|---|---|
| 06/01/2004 | | Defendant not present. |
| 06/01/2004 | | Continued until June 24, 2004 for Status re: Discovery by agreement. |
| 06/01/2004 | | Wilson, MAG - ERD - E. M. Sullivan, Attorney. |
| 06/14/2004 | 18 | Deft files pro se: motion to dismiss McCarthy |
| 06/14/2004 | 19 | Deft files pro se: motion for reduction of bail |
| 06/24/2004 | | Defendant brought into court. Hearing re: motions. |
| 06/24/2004 | | Hearing on (P#18) held, matter taken under advisement. |
| 06/24/2004 | | Motion (P#19) denied (Christopher J Muse) - L. Joseph, ADA - A. |
| 06/24/2004 | | McDonald, Court Reporter - Deft, Pro-Se |
| 06/24/2004 | | Continued until July 19, 2004 re: Trial Assignment. |
| 06/29/2004 | 20 | Deft files, pro se, Motion for Funds ($1,000.00) |
| 06/29/2004 | 21 | Deft, pro se, files Motion for Access to Law Library and Typewriter |
| 07/01/2004 | | Motion (P#18) denied as endorsed. Muse, J. (L. Joseph, ADA - M. |
| 07/01/2004 | | Grinkley, pro se notified w/copy of endorsement) |
| 07/19/2004 | | Defendant not present. Continued to 8/12/04 re: Trial Assignment. |
| 07/19/2004 | | Wong, Mag - L. Joseph, ADA - ERD |
| 08/12/2004 | | Defendant not present. Case referred to First Session for Hearing re: |
| 08/12/2004 | | Motions. Wilson, MAG - L. Joseph, ADA - ERD - E. Michael Sullivan, |
| 08/12/2004 | | Stand by Counsel, Pro-SE. |
| 08/12/2004 | | Defendant brought into court |
| 08/12/2004 | 22 | Deft files pro se motion for funds for investigator |
| 08/12/2004 | | Motion (P#22) allowed in the amount of $500.00 and Impounded by order |
| 08/12/2004 | | of the Court |
| 08/12/2004 | 23 | Deft files pro se motion for funds for expert and to impound motion |
| 08/12/2004 | | Motion (P#23) allowed in the amount of $1,000.00 without prejudice to |
| 08/12/2004 | | requesting additional funds if a need is established. Impounded by |
| 08/12/2004 | | Order of the Court |
| 08/12/2004 | 24 | Deft files pro se motion for funds for transcription |
| 08/12/2004 | | Motion (P#24) denied as endorsed |
| 08/12/2004 | | Continued to week of 11/8/04 for trial by agreement to be scheduled |
| 08/12/2004 | | by RPC. Case assigned to thr 5th Criminal Session Rm 11 (Notices |
| 08/12/2004 | | sent) Sanders, J. - L. Joseph, ADA - A. McDonald, Court Reporter - |
| 08/12/2004 | | E.M. Sullivan, Attorney |
| 11/08/2004 | | Defendant not present. Continued to 11/9/04 re: Counsel. Ball, J. - |
| 11/08/2004 | | L. Joseph, ADA - P. Napolitano, Court Reporter - E. M. Sullivan, |
| 11/08/2004 | | Attorney |
| 11/09/2004 | | Defendant brought into court. Continued to 11/30/04 re: Filing of |
| 11/09/2004 | | Bishop Motions. Hearing re: Counsel. |
| 11/09/2004 | | Appointment of Counsel E Michael Sullivan, pursuant to Rule 53 - |
| 11/09/2004 | | originally appointed on 4/20/04. Ball, J. - P. Napolitano, Court |
| 11/09/2004 | | Reporter - E M. Sullivan, Attorney |
| 11/30/2004 | | Defendant not present. |
| 11/30/2004 | 25 | Deft files request for issuance of summonses under Rule 17(A) with |
| 11/30/2004 | 25 | record to Commonwealth's witnesses with affidavit in support thereof. |

| Date | No. | Entry |
|---|---|---|
| 11/30/2004 | | Continued until January 05, 2005 for Hearing re: Motion by agreement. |
| 11/30/2004 | | Wilson, MAG - C. Bartoloni for L. Joseph, ADA - ERD - E.M. Sullivan, |
| 11/30/2004 | | Attorney |
| 12/09/2004 | 26 | Deft files pro se: request for issuance of summons under Rule 17(A) |
| 12/09/2004 | 26 | with regard to Commonwealth's witnesses and affidavit in support of. |
| 01/05/2005 | | Defendant not present |
| 01/05/2005 | 27 | Deft files bishop motion and addendum. |
| 01/05/2005 | 28 | Deft files motion for funds. |
| 01/05/2005 | | Motion (P#28) allowed |
| 01/05/2005 | 29 | Commonwealth files memorandum in oppositin to defendant's motion for |
| 01/05/2005 | 29 | production of victim's confidential info. |
| 01/05/2005 | | Hearing on (P#27) held, matter taken under advisement. |
| 01/05/2005 | | Continued to February 03, 2005 for hearing on Bishop Statge I. |
| 01/05/2005 | | Gants, J. - L. Joseph, ADA - C. Bartholomew, Court Reporter - E. |
| 01/05/2005 | | Michael Sullivan, Attorney |
| 01/05/2005 | 30 | Deft files "Bishop-Fuller Stage One" Order regarding the disclosure |
| 01/05/2005 | 30 | of potentially privileged information. (L. Joseph, ADA and M. |
| 01/05/2005 | 30 | Sullivan, Attorney notified w/copy) |
| 02/03/2005 | | Defendant not present. Contineud to 3/7/05 by agreement. hearing |
| 02/03/2005 | | re: Bishop Motions. Records not recieved; new order to be filed. |
| 02/03/2005 | | Ball, J - L. Joseph, ADA - C. Bartholomew, CR - E.M. Sullivan, Atty |
| 02/08/2005 | 31 | Court order filed Records from Boston Medical Center to be delivered |
| 02/08/2005 | 31 | to Clerk's office by 3/1/05. Ball, J |
| 02/14/2005 | | Summons issued to the Keeper of the Records, Boston Medical Center, |
| 02/14/2005 | | w/copy of order. Hand delivered. |
| 02/25/2005 | | Records received from Boston Medicial Center, RE:Chantel Barrett |
| 02/25/2005 | | Pearson and Kishawra Barrett. |
| 03/07/2005 | | Defendant not present in court, continued until March 21, 2005. by |
| 03/07/2005 | | agreement. Hearing re: status re: records. Ball, J - K. Johnson, CR |
| 03/07/2005 | | - E.M. Sullivan, Atty |
| 03/21/2005 | | Summons issued to the Keeper of the Records, Boston Medical Center, |
| 03/21/2005 | | w/copy of order. Hand delivered. |
| 03/21/2005 | | Defendant not present. |
| 03/21/2005 | 32 | Order to issue P#31 (order filed on 2/8/05) with copy to be sent to |
| 03/21/2005 | 32 | Boston Medical Center to be received by the clerk's office by 4/18/05. |
| 03/21/2005 | | Continued to April 21, 2005 for hearing on records by agreement. |
| 03/21/2005 | | Records received from BMC on 3/1//05) maybe reviewed by counsel. |
| 03/21/2005 | | Ball, J - L Joseph, ADA - C Johnson, Court Reporter - E Michael |
| 03/21/2005 | | Sullivan, Attorney |
| 04/21/2005 | | Continued to 5/3/05 by agreement. Hearing re: status re: bishop |
| 04/21/2005 | | records. Hely, J - P. Connolly, CR - E. Michael Sullivan, Atty |
| 05/03/2005 | | Defendant not present. |
| 05/03/2005 | 33 | Court Order Filed. |
| 05/03/2005 | | Continued to 6/2/05 by agreement. Hearing re: status re: Bishop |

| Date | Paper # | Entry |
|---|---|---|
| 05/03/2005 | | Records. Locke, J L. Joseph, ADA - C. Skeritt, CR - E. M. Sullivan, |
| 05/03/2005 | | Atty |
| 05/10/2005 | | Summons issued to the Keeper of the Records, Boston Medical Center, |
| 05/10/2005 | | w/copy of Court Order. Hand delivered. |
| 05/11/2005 | | Summons returned w/service re: Paper #31 - Boston Medical Center. |
| 05/20/2005 | 34 | Deft files Motion to remove counsel. |
| 05/20/2005 | 35 | Deft files pro se: motion for a writ of habeas corpus ad |
| 05/20/2005 | 35 | testificandum. |
| 05/20/2005 | 35 | Deft files pro se: motion for a speedy trial. |
| 05/20/2005 | | (jail list for 6/2/05) |
| 06/02/2005 | | Defendant brought into Court. Hearing re: counsel. After hearing, |
| 06/02/2005 | | paper #34 withdrawn. Locke, J. - L. Joseph, ADA - P. Pietrella, Court |
| 06/02/2005 | | Reporter - E. Michael Sullivan Attorney. |
| 06/15/2005 | | Medical records from Boston Medical Center received on this day. |
| 06/15/2005 | | Medical records from Boston Medical Center received on this day. |
| 07/11/2005 | 36 | Deft files Pro Se motion for review and redress re: Docket and date |
| 07/11/2005 | 36 | to hear motions to toll Rule 36. |
| 07/15/2005 | 37 | Deft files Pro Se motion to dismiss. |
| 08/15/2005 | | Defendant brought into Court. After pre trial hearing, continued by |
| 08/15/2005 | | agreement to 9/12/05 for trial or plea and 9/8/05 for further status. |
| 08/15/2005 | | MacIntyre,J-L.Joseph, ADA-L.Napolitano, Court Reporter. |
| 08/22/2005 | | Defendant brought into Court, case not reached for trial. Case is |
| 08/22/2005 | | continued to 8/24/05 for hearing re: Rule 36 and trial date by order |
| 08/22/2005 | | of the Court. McIntyre,J-L.Joseph, ADA-N.Gagnon, Court |
| 08/22/2005 | | Reporter-E.Michael Sullivan, Attorney. |
| 08/24/2005 | 38 | Commonwealth files Opposition to defendant's motion to dismiss for |
| 08/24/2005 | 38 | lack of a speedy trial. |
| 08/24/2005 | | Defendant brought into Court. Hearing re: Oral motion of Attorney |
| 08/24/2005 | | E.Michael Sullivan to withdraw as stand-by counsel. After eharing, |
| 08/24/2005 | | the Court allows motion subject to the filing of an affidavit by the |
| 08/24/2005 | | defendant waiving his right to counsel. |
| 08/24/2005 | 39 | Deft files pro-se affidavit waiving his right to counsel. |
| 08/24/2005 | | Continued to week of 9/21/05 by order of Court for trial. Rule 36 |
| 08/24/2005 | | tolled. RPC notified. Locke,J-L.Joseph, ADA-E.Blake, Court |
| 08/24/2005 | | Reporter-RPC Notified. Locke,J-L.Joseph, ADA-E.Blake, Court |
| 08/24/2005 | | Reporter-Defendant pro se. |
| 09/09/2005 | | Case received from the 1st session - Defendant not present. |
| 09/09/2005 | | Continued to 9/13/2005 for hearing on PTC in the 5th session by |
| 09/09/2005 | | agreement at 2:00 P.M. Botsford, J - L Joseph, ADA - M Malley, Court |
| 09/09/2005 | | - Reporter - Defendant - Pro se. Stephen E Neel, Justice |
| 09/13/2005 | | Defendant not present. Case rescheduled for status on 9/15/05 by |
| 09/13/2005 | | o/ct. Jail List. Botsford, J. - L.Joseph, ADA - |
| 09/13/2005 | 40 | Commonwealth files memorandum of law in support of introduction of |
| 09/13/2005 | 40 | expert testimony of Amy Tishelman, M.D. with Curriculum Vitae. |

| Date | Paper # | Description |
|---|---|---|
| 09/13/2005 | 41 | Commonwealth files memorandum of law in support of introduction of |
| 09/13/2005 | 41 | expert testimony of Alice Newton, M.D. |
| 09/13/2005 | 42 | Commonwealth files motion for judicial inquiry into criminal history |
| 09/13/2005 | 42 | records of potential trial jurors or, in the alternative notion of |
| 09/13/2005 | 42 | intent to independently seek such information for limited purposes of |
| 09/13/2005 | 42 | jury impanelment |
| 09/13/2005 | 43 | Commonwealth files motion in limine for protective order |
| 09/13/2005 | 44 | Curriculum Vitae filed by Dr.Carolyn Moore Newberger |
| 09/15/2005 |  | Defendant brought into Court. |
| 09/15/2005 | 45 | Commonwealth files Motion in Limine to Introduce Testimony Regarding |
| 09/15/2005 | 45 | Fresh Complaint |
| 09/15/2005 | 46 | Deft files Pro Se Motion to Dismiss (Rule 36) Constitution/Standard |
| 09/15/2005 | 46 | Speedy Trial Violation. Continued to September 19, 2005 for Hearing |
| 09/15/2005 | 46 | re: Paper #26 at 2:00 P.M. by Order of Court. Case further continued |
| 09/15/2005 | 46 | to November 7, 2005 by agreement for trial. Defendant assents to |
| 09/15/2005 | 46 | tolling of Rule 36 for this continuance. (To be assigned by RPC) |
| 09/15/2005 | 46 | Botsford, J. - L. Joseph, ADA - M. Malley, Court Reporter - Defendant |
| 09/15/2005 | 46 | Pro Se. |
| 09/19/2005 |  | Brought into Court. |
| 09/19/2005 | 47 | Commonwealth files: Opposition to Defendant's Motion to Dismiss for |
| 09/19/2005 | 47 | Lack of a Speedy Trial. |
| 09/19/2005 |  | Hearing re: Paper #46. |
| 09/19/2005 |  | After hearing, Paper # 46 is taken under advisement. Botsford, J. |
| 09/19/2005 |  | Continued to 11/7/05 by agreement for Trial. Botsford, J. - L. |
| 09/19/2005 |  | Joseph, ADA - Defendant, Pro Se - M. Malley, CR. |
| 10/13/2005 | 48 | MEMORANDUM & ORDER: Memorandum and Order Denying Defendant's Motion |
| 10/13/2005 | 48 | to Dismiss Under Rule 36 and the Massachusetts and Federal |
| 10/13/2005 | 48 | Constitutions by the Court, Botsford, J. filed. |
| 10/13/2005 |  | The Court, Botsford, J. orders Defendant's Pro Se Motion to Dismiss |
| 10/13/2005 |  | (Paper #46) be Denied. Botsford, J. |
| 10/13/2005 | 49 | Defendant files Pro Se request that the honorable court grant a |
| 10/13/2005 | 49 | status hearing. Allowed, as endorsed. (ref record) |
| 10/13/2005 | 50 | Defendant files Pro Se request that the honorable court issue a |
| 10/13/2005 | 50 | subpeona for the delivery of records to be used as evidence in the |
| 10/13/2005 | 50 | above entitled matter. These records are in the posession of the |
| 10/13/2005 | 50 | defendant at the Nashua Street Jail. |
| 10/13/2005 | 51 | Defendant files Motion for expenses for out of state witnesses. |
| 10/13/2005 | 52 | Defendant Pro Se respectfully requests the honorable court provide a |
| 10/13/2005 | 52 | copy of the case summary criminal docket in the above entitled matter. |
| 10/21/2005 |  | Defendant brought into court. |
| 10/21/2005 |  | Attorney Denise Regan appointed standby counsel, pursuant to Rule 53. |
| 10/21/2005 |  | Oral motion of standby counsel, Denise Regan to reschedule case to |
| 10/21/2005 |  | October 28, 2005 for status and motions, Allowed. |
| 10/21/2005 |  | After hearing, case rescheduled to October 28, 2005 at the request of |

| Date | Paper # | Description |
|---|---|---|
| 10/21/2005 | | the defendant for status and motions. Fahey, J - D. Regan Attorney - |
| 10/21/2005 | | L. Napolitano Court Reporter - L. Joseph ADA |
| 10/21/2005 | | Defendant brought into court. |
| 10/21/2005 | 53 | Defendant files Motion for funds, with affidavit in support thereof. |
| 10/28/2005 | 54 | Defendant files Motion for funds: transcript |
| 10/28/2005 | 55 | Defendant files Motion to continue trial date. |
| 10/28/2005 | 56 | Commonwealth files request for defendant's standby counsel to conduct |
| 10/28/2005 | 56 | cross examination of the witness. |
| 10/28/2005 | | Defendant waives Rule 36. |
| 10/28/2005 | | After hearing paper #53, Allowed (ref record) paper #54, Allowed (ref |
| 10/28/2005 | | record) |
| 10/28/2005 | | After further hearing, case rescheduled at the request of the |
| 10/28/2005 | | defendant to 11/7/05 for status and 11/28/05 for trial. Fahey J. - L. |
| 10/28/2005 | | Joseph ADA - M. Leary Court Reporter D. Regan Attorney |
| 11/07/2005 | | Defendant present, after hearing case continued until 11/9/2005 for |
| 11/07/2005 | | lobby conference and motions @ 2. Jail list. Fahey J - L. Josesph, |
| 11/07/2005 | | ADA - C. Blankenstadt, Court reporter - D. Reagan, Attorney. |
| 11/09/2005 | | Defendant brought into court. |
| 11/09/2005 | 57 | Deft files motion for the production of Department of Social Service |
| 11/09/2005 | 57 | records. |
| 11/09/2005 | 58 | Deft files motion for production of medical records. |
| 11/09/2005 | 59 | Deft files motion for discovery concerning DNA testing. |
| 11/09/2005 | 60 | Deft files motion for funds for psychologist. |
| 11/09/2005 | 61 | Commonwealth files notice of discovery. |
| 11/09/2005 | | After hearing case rescheduled by agreement to 11/17/05 for status |
| 11/09/2005 | | @3. Jail list. Fahey, J - L. Joseph, ADA - C. Blankenship, Court |
| 11/09/2005 | | reporter - D. Regan, Attorney. |
| 11/10/2005 | | Defendant not in court. |
| 11/10/2005 | | After hearing, paper #57, Denied (ref record) |
| 11/10/2005 | | After hearing paper #56, Withdrawn (ref record) |
| 11/10/2005 | | After hearing paper #58, Allowed in part and Denied in part (ref |
| 11/10/2005 | | record) |
| 11/10/2005 | | After hearing paper #59 Allowed in part and Denied in part (ref |
| 11/10/2005 | | record) |
| 11/10/2005 | | After hearing paper #60 Allowed in part and Denied in part (ref |
| 11/10/2005 | | record) Fahey, J - D. Regan Attorney L. Joseph ADA - C. Blankenship |
| 11/10/2005 | | Court Reporter |
| 11/14/2005 | 61 | Defendant files Motion for additional funds, psychologist |
| 11/14/2005 | 61 | Defendant files Motion for discovery |
| 11/14/2005 | 62 | Defendant files Motion concerning DNA testing |
| 11/14/2005 | 63 | Defendant files Motion for use of juror questionaire. |
| 11/14/2005 | 64 | Defendant files Notice of Appeal. |
| 11/14/2005 | 64 | Commonwealth files Opposition to defendant's Motion for production of |
| 11/14/2005 | 64 | the victims confidential information. |

| Date | Paper # | Description |
|---|---|---|
| 11/17/2005 | | Defendant brought into court. |
| 11/17/2005 | 65 | Defendant files Motion for discovery, expert testimony |
| 11/17/2005 | 66 | Defendant files Motion for Discovery. |
| 11/17/2005 | 67 | Defendant files Motion for Discovery concerning DNA testing. |
| 11/17/2005 | 68 | Defendant files Motion for funds II Hollida Wakefield |
| 11/17/2005 | 69 | Defendant files Motion for production of DSS records II and |
| 11/17/2005 | 69 | continuance of trial date or agreement concerning records. |
| 11/17/2005 | 70 | Commonwealth files Motion in limine to introduce first compalint |
| 11/17/2005 | 70 | testimony. |
| 11/17/2005 | | After hearing case continued by agreement to November 22,2005 for |
| 11/17/2005 | | further status and motions. Fahey, J - L. Joseph ADA - D. Regan |
| 11/17/2005 | | Attorney C. Blankenship Court Reporter |
| 11/22/2005 | | Defendant brought into court. |
| 11/22/2005 | 71 | Defendant files Motion for additional funds. |
| 11/22/2005 | 72 | Defendant files Motion to set trial date. |
| 11/22/2005 | 73 | MEMORANDUM & ORDER: For production of DSS records II continuance of |
| 11/22/2005 | 73 | trial date and agreement concerning records. |
| 11/22/2005 | | After hearing, paper #71 and #72, Allowed (ref record) |
| 11/22/2005 | | Case continued by request of the defendant to November 28, 2005 for |
| 11/22/2005 | | further status and motions. Fahey, J - L. Joseph ADA - D. Regan |
| 11/22/2005 | | Attorney C. Blankenship Court Reporter |
| 11/28/2005 | | Defendant brought into court |
| 11/28/2005 | | After hearing paper #61, Allowed in part and Denied in part (ref |
| 11/28/2005 | | record) |
| 11/28/2005 | | After hearing paper #63, Allowed in part and Denied in part (ref |
| 11/28/2005 | | record) |
| 11/28/2005 | | Case continued by agreement to December 1, 2005 for trial. Fahey, J - |
| 11/28/2005 | | L. Joseph ADA - D. Regan Attorney C. Blankenship Court Reporter. |
| 12/01/2005 | | Defendant brought into court. |
| 12/01/2005 | 74 | Defendant files Motion to dismiss on speedy trial grounds. |
| 12/01/2005 | 75 | Defendant files Motion for expedited transcripts. |
| 12/01/2005 | 76 | Defendant files Motion for examination of jurors. |
| 12/01/2005 | 77 | Defendant files Motion for Voir Dire of Commonwealth's DNA expert. |
| 12/01/2005 | 78 | Defendant files Motion for limiting instruction. |
| 12/01/2005 | 79 | Defendant files Motion to limit number of first complaint testimony. |
| 12/01/2005 | 80 | Defendant files Motion for sequestration of witnesses. |
| 12/01/2005 | 81 | Defendant files Motion in support of motion to stay procedings. |
| 12/01/2005 | 82 | Commonwealth files Notification of intent to introduce testimony |
| 12/01/2005 | 82 | regarding first complaint. |
| 12/01/2005 | 83 | Commonwealth files Affidavit in support of motion to compel the |
| 12/01/2005 | 83 | defendant to provide an oral swab and hair sample. |
| 12/01/2005 | | After hearing, paper #75, Allowed in part and Denied in part (ref |
| 12/01/2005 | | record) |
| 12/01/2005 | | After hearing paper #80 Allowed (ref record) |

| | |
|---|---|
| 12/01/2005 | After hearing, paper #81, Denied (ref record) |
| 12/01/2005 | Commonwealth moves for trial on offense numbers 001-011 inclusive. |
| 12/01/2005 | Court orders fifteen jurors impanelled. |
| 12/01/2005 | After hearing, fifteen jurors impanelled, not sworn. |
| 12/01/2005 | Case continued to December 5, 2005 by order of court for a motion to |
| 12/01/2005 | supress hearing and December 6, 2005 for the resumption of trial. |
| 12/01/2005 | Jail List. Fahey, J - L. Joseph ADA - D. Regan Attorney - C. |
| 12/01/2005 | Blankenship Court Reporter. |

## Charges

11 Charges for Docket: SUCR2003-10321

| No. | Charge Description: | Indictment: | Status: |
|---|---|---|---|
| 1 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 2 | RAPE OF CHILD, STATUTORY c265 s23 | | Plea of not guilty |
| 3 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 4 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 5 | RAPE OF CHILD, STATUTORY c265 s23 | | Plea of not guilty |
| 6 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 7 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 8 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 9 | INDECENT A&B ON CHILD UNDER 14 c265 s13B | | Plea of not guilty |
| 10 | RAPE OF CHILD, STATUTORY c265 s23 | | Plea of not guilty |
| 11 | RAPE OF CHILD, STATUTORY c265 s23 | | Plea of not guilty |

© Copyright, Massachusetts Administrative Office of the Trial Court, 2000 - 2001.