UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BRINKLEY         CA No 05-11529-NG
        v
ANDREA CABRAL

        EXHAUSTION REQUIREMENT IN HABEAS CORPUS CASES IS NOT JURISDICTIONAL AND WOULD BE EXCUSED WHERE PETITION WARRANTED SUA SPONTE DISMISSAL BECAUSE IT IS FACIALLY WITHOUT MERIT AND TO WITHHOLD SO ORDERING FOR LACK OF EXHAUSTION WOULD BE IDLE FORMALITY

        Rowell v Oesterle C.A.S (FLA) 1980 626 F2D 437

        HABEAS PETITIONERS FAILURE TO DEVELOPE CLAIM IN STATE COURT WILL BE EXCUSED AND HEARING MANDATED IF HE CAN SHOW THAT FUNDAMENTAL MISCARRIAGE OF JUSTICE WOULD RESULT FROM FAILURE TO HOLD FEDERAL EVIDENTIARY HEARING

        Keen v. Tamaya Reyes US. OR 1992, 112 S.Ct 1715, 504 US 1, 118 L.ED 2D 318 on remand 969 F2D 839

        Respectfully Submitted
        [signature]
        618497865