UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS ss.

MICHAEL GRINKLEY
  PETITIONER
       V
PETER PEPE JR.
SUPERINTENDENT
  RESPONDENT

C.A. NO. 05-1129-NG

FILED
IN CLERKS OFFICE
2006 APR 17  P 1:38
U.S. DISTRICT COURT
DISTRICT OF MASS

MOTION TO RECONSIDER 28 USC 2254

Comes the petitioner to move the Honorable Court to reconsider previously filed Habeas Corpus pursuant to Section 28 USC 2254. Please take note that, Pro-se petitioner is currently incarcerated at MCI-Concord, and may soon be moved to MCI-Norfolk

Respectfully Submitted
3-29-06
Michael Grinkley W87017
P.O. Box 9106
Concord MA 01742-9106