1-2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BRINKLEY    CA NO 105:11 529

v.

SUFFOLK COUNTY DISTRICT ATTORNEYS OFFICE RE:
ASSISTANT DISTRICT ATTORNEYS
LEORA C. JOSEPH   KAREN E. POLLEY   CHARLES J. BARTOLONI

28 USCA 2254
MOTION TO INDICT PERJURY

COMES THE PETITIONER PRAYING FOR RELIEF FROM INVALID AND UNREASONABLE PROSECUTION. COMMONWEALTH PROSECUTORS MISCONDUCT DENIED AND DEPRIVED DEFENDANT OF THE RIGHT STATUTORY AND CONSTITUTIONAL, TO A FAIR AND IMPARTIAL JURY AND TRIAL. DEFENDANT IS UNLAWFULLY IMPRISONED WRONGFULLY CONVICTED ESPECIALLY IN LIGHT OF A.D.A LEORA C. JOSEPH'S ADMISSION OF GUILT CONCERNING FALSIFICATION AND FABRICATION OF MATERIAL EVIDENCE AT SENTENCE APPEAL HELD AT SUFFOLK SUPERIOR COURT MAY 3RD 2006 AND RECONFIRMED AT THE MAY 23RD 2006 SITTING. THIS BLATANT MISREPRESENTATION AND DISREGARD OF ETHIC MORALS AND LEGAL OBLIGATION, IS IRREPARABLE. PETITIONER URGES AND JUSTICE DEMANDS INDICTMENT AND TRIAL BY JURY FOR THE ABOVE NAMED COMMONWEALTH PROSECUTORS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL BRINKLEY                    CA NO 105 11529

v

SUFFOLK COUNTY DISTRICT ATTORNEYS OFFICE
ADAs KAREN E. BOLLEY LEORA C. JOSEPH CHARLES J. BOXOLONI

28 USCA 2254
MOTION TO INDICT PERJURY


RESPECTFULLY SUBMITTED
_____ W87017 SSN# 018421265
5/27/06